# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**MARIA WIEBER,**                                                **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 3:23-cv-00140-GNS-RSE (e-filed)**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**           **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

*[Signature]*
Greg N. Stivers, Chief Judge
United States District Court

July 12, 2023

TENDERED BY:
Nicol S. Fitzhugh
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 816.936-5755
Email: nicol.fitzhugh@ssa.gov